UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES | : | Criminal Number 3:03CR229(RNC) |
| v. | : | |
| JOSEPH HOUSER | : | November 10, 2004 |

**MOTION TO FILE UNDER SEAL COUNSEL'S MOTION TO WITHDRAW**

  Counsel moves to file under seal his Motion to Withdraw in the above captioned matter pursuant to Rule 8 of the Local Criminal Rules of the United States District Court for the District of Connecticut.

**Contents:** Motion to Withdraw

**Attorney:** Kevin A. Randolph (ct15547), 57 Pratt Street, Suite 813, Hartford, CT 06103.

**Date sealed:** _____

**Date unsealed:** _____

  The Clerk of the Court is directed to seal the contents of this envelope until further order of the Court.

SO ORDERED this _____ day of _____, 2004 at_____ Connecticut.

                                      Counsel for the Defendant,

                                                                                                                                   _____  
                                                                                                                                   Kevin A. Randolph (ct15547)  
                                                                                                                                   57 Pratt Street, Suite 813  
                                                                                                                                   Hartford, CT 06103  
                                                                                                                                  Tel. (860) 522-7004  
                                                                                                                                  Fax (860) 522-9009  
                                                                                                                                  RandlphKAR@aol.com

CERTIFICATION

      The undersigned certifies that a copy of the foregoing was mailed to the following on November 10, 2004:

Gordon Hall, AUSA
Office of the United States Attorney
157 Church Street
New Haven, CT 06510

                                                                                                        Kevin A. Randolph