UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

United States of America

v.                                                          CASE NUMBER: 3:03CR229 RNC

Faustino Fleury

**To the Clerk of this court and all parties of record:**

  **Enter my appearance as counsel in this case for:** Faustino Fleury

| | |
|---|---|
| November 24, 2004 | |
| **Date** | **Signature** |
| ct00016 | Richard S. Cramer |
| **Federal Bar Number** | **Name** |
| (860) 257-3500 | 449 Silas Deane Highway |
| **Telephone Number** | **Address** |
| (860) 257-3498 | Wethersfield, CT 06109 |
| **Fax Number** | |
| cramer@snet.net | |
| **E-mail Address** | |

**CERTIFICATE OF SERVICE**

  This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached

_____
**Signature**