UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:03CR229 (RNC) |
| FAUSTINO FLEURY | : | DECEMBER 6, 2004 |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned was appointed as counsel for Faustino Fleury on or about November 24, 2004.  Subsequent to this appointment, the undersigned counsel determined that he represented Roberto Torres in a related case, United States of America v. Ada Rivera, No. 3:03CR198 (RNC).  Because of the different docket numbers, counsel was not immediately aware of the potential conflict.  In counsel's opinion, this potential conflict could become actual.  Therefore, the undersigned respectfully requests that he be allowed to withdraw as counsel for Faustino Fleury and other counsel be appointed.

Respectfully submitted,

DEFENDANT, FAUSTINO FLEURY


By:_____

      Richard S. Cramer
      449 Silas Deane Highway
      Wethersfield, CT 06109
      Tel. 860/257-3500
      Federal Bar No. ct00016
      Email: cramer @ snet.net