# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

## APPEARANCE

2004 DEC 10 A 10: 57

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES OF AMERICA

No. 3:03 CR229(RNC)

V.

FAUSTINO FLEURY  :  DECEMBER 9, 2004

To the Clerk of this court and all parties of records:

Enter my Appearance as counsel in this case for:

Defendant Faustino Fleury

December 9, 2004
Date

/s/ [signature]
Signature

ct00028
Connecticut Federal Bar Number

C. Thomas Furniss
Print clearly or type

(860) 527-2245
Teleph. No.

248 Hudson St.
Address

(860) 241-1032
Fax No.

Hartford CT 06106

tfurniss@fqlaw.net
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

[See Certificate of Service List attached]

/s/ [signature]
Signature

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was mailed on this 9th day of December, 2004 to:

Robert Gerard Golger
Quatrella & Rizio
One Post Rd., P.O. Box 320019
Fairfield, CT 06432

Emili Vaziri
160 Plainfield St.
Providence, RI 02909

H. Gordon Hall
U.S. Attorney's Office – NH
157 Church St., 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Kevin A. Randolph
Law Offices of Kevin A. Randolph
57 Pratt Street, Suite 813
Hartford, CT 06103

                                                                              C. Thomas Furniss