UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JAN 11  A 11: 20

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA  : No 3:03229(RNC)

vs.

FAUSTINO FLEURY  : JANUARY 10, 2005

## MOTION FOR ENLARGEMENT OF TIME FOR JURY SELECTION

The Defendant, acting herein by his undersigned counsel, hereby moves the Court for an enlargement of time for jury selection. The date currently scheduled is January 11, 2005.

The undersigned was only recently appointed in this matter, due to a conflict of interest which became apparent to previous counsel, and was able to pick up the file shortly before the Christmas holidays. Counsel has not had the opportunity to visit the Defendant, who is believed to be at Wyatt Detention Center in Rhode Island, but plans to do that within the next ten (10) days. Counsel is aware that there have been on-going discussions between both prior attorneys and the Government about the possibility of a resolution of the case short of trial, and will pursue those discussions as soon as possible.

It is requested that the date for jury selection be continued approximately five (5) weeks beyond January 11, 2005, or until the week of February 7, 2005, or to the next available date subsequent to that. The Government has no objection to the granting of this request. Although there have been earlier such Motions for Enlargement, this is the first filed by the undersigned.

DEFENDANT
FAUSTINO FLEURY

BY *(signature)*
C. Thomas Furniss
Fed Bar #ct00028

Furniss & Quinn PC
248 Hudson St.
Hartford CT 06106

(860) 527-2245

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 10th day of January, 2005 to:

Robert Gerard Golger
Quatrella & Rizio
One Post Rd., P.O. Box 320019
Fairfield, CT 06432

Emili Vaziri
160 Plainfield St.
Providence, RI 02909

H. Gordon Hall
U.S. Attorney's Office – NH
157 Church St., 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Kevin A. Randolph
Law Offices of Kevin A. Randolph
57 Pratt Street, Suite 813
Hartford, CT 06103

Richard S. Cramer
449 Silas Deane Highway
Wethersfield CT 06109

_____
C. Thomas Furniss