# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

UNITED STATES OF AMERICA

VS.

FAUSTINO FLEURY

FILED
2005 JAN 11  A 11: 16
U.S. DISTRICT COURT
HARTFORD, CT.

No. 3:03CR229(RNC)

: JANUARY 10, 2005

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

FAUSTINO FLEURY

__January 10, 2005__
Date

__ct00028__
Connecticut Federal Bar Number

__(860) 527-2245__
Teleph. No.

__(860) 241-1032__
Fax No.

tfurniss@fqlaw.net
E-mail address

_[signature]_
Signature

__C. Thomas Furniss__
Print Clearly or Type

__248 Hudson St.__
Address

__Hartford CT 06106__

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was maialed on this date to the following:
Gordon Hall
Assistant United States Attorney
157 Church St.
New Haven CT 06510

Signature

C:\WINDOWS\Desktop\mydocsgenf\CJA.Appce.doc