FILED
2005 JAN 11 A 11:20
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : No 3:03229(RNC)

vs.

FAUSTINO FLEURY : JANUARY 10, 2005

**MOTION FOR ENLARGEMENT OF TIME FOR JURY SELECTION**

The Defendant, acting herein by his undersigned counsel, hereby moves the Court for an enlargement of time for jury selection. The date currently scheduled is January 11, 2005.

The undersigned was only recently appointed in this matter, due to a conflict of interest which became apparent to previous counsel, and was able to pick up the file shortly before the Christmas holidays. Counsel has not had the opportunity to visit the Defendant, who is believed to be at Wyatt Detention Center in Rhode Island, but plans to do that within the next ten (10) days. Counsel is aware that there have been on-going discussions between both prior attorneys and the Government about the possibility of a resolution of the case short of trial, and will pursue those discussions as soon as possible.

It is requested that the date for jury selection be continued approximately five (5) weeks beyond January 11, 2005, or until the week of February 7, 2005, or to the next available date subsequent to that. The Government has no objection to the granting of this request. Although there have been earlier such Motions for Enlargement, this is the first filed by the undersigned.

**January 11, 2005.** Granted. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, it is hereby ordered that the period from January 11, 2005 to February 8, 2005 be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). Jury selection is hereby rescheduled to February 8, 2005. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED
2005 JAN 11 P 4:09
U.S. DISTRICT COURT
HARTFORD, CT.