UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : No 3:03229(RNC)

vs.

FAUSTINO FLEURY : JANUARY 17, 2005

## MOTION FOR ENLARGEMENT OF TIME FOR JURY SELECTION

The Defendant, acting herein by his undersigned counsel, hereby moves the Court for an enlargement of time for jury selection. The date currently scheduled is February 7, 2005.

The undersigned was only recently appointed in this matter, due to a conflict of interest which became apparent to previous counsel, and was able to pick up the file shortly before the Christmas holidays. Counsel has not had the opportunity to visit the Defendant, although he will be doing so on the date of this Motion. Counsel is aware that there have been on-going discussions between both prior attorneys and the Government about the possibility of a resolution of the case short of trial, and will pursue those discussions as soon as possible.

It is requested that the date for jury selection be continued four (4) weeks beyond February 7, 2005, or until March 7, 2005, or to the next available date subsequent to that. The Government has no objection to the granting of this request. There have been earlier such Motions for Enlargement filed by predecessor counsel, and this is the second filed by the undersigned.

Counsel will discuss on the date of this Motion with the Defendant the need for a Speedy Trial Waiver, and it is anticipated that one will be executed and mailed to the Clerk's office later on the date of this Motion.

DEFENDANT
FAUSTINO FLEURY


BY

C. Thomas Furniss
Fed Bar #ct00028

Furniss & Quinn PC
248 Hudson St.
Hartford CT 06106

(860) 527-2245

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was mailed on this *14th* day of

January , 2005 to:

Robert Gerard Golger
Quatrella & Rizio
One Post Rd., P.O. Box 320019
Fairfield, CT 06432

Emili Vaziri
160 Plainfield St.
Providence, RI 02909

H. Gordon Hall
U.S. Attorney's Office – NH
157 Church St., 23rd Floor
P.O. Box 1824
New Haven, CT 06510

C. Thomas Furniss