January 18, 2005. Granted absent objection and upon filing of a speedy trial waiver. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, it is hereby ordered that the period from January 11, 2005 to March 8, 2005 be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). Jury selection for all defendants is rescheduled to March 8, 2005. So ordered.

Robert N Chatigny, U.S.D.J.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA         :     No 3:0322 9(RNC)

vs.

FAUSTINO FLEURY                  :     JANUARY 14, 2005

### MOTION FOR ENLARGEMENT OF TIME FOR JURY SELECTION

The Defendant, acting herein by his undersigned counsel, hereby moves the Court for an enlargement of time for jury selection. The date currently scheduled is February 7, 2005.

The undersigned was only recently appointed in this matter, due to a conflict of interest which became apparent to previous counsel, and was able to pick up the file shortly before the Christmas holidays. Counsel has not had the opportunity to visit the Defendant, although he will be doing so on the date of this Motion. Counsel is aware that there have been on-going discussions between both prior attorneys and the Government about the possibility of a resolution of the case short of trial, and will pursue those discussions as soon as possible.

It is requested that the date for jury selection be continued four (4) weeks beyond February 7, 2005, or until March 7, 2005, or to the next available date subsequent to that. The Government has no objection to the granting of this request. There have been earlier such Motions for Enlargement filed by predecessor counsel, and this is the second filed by the undersigned.

Counsel will discuss on the date of this Motion with the Defendant the need for a Speedy Trial Waiver, and it is anticipated that one will be executed and mailed to the Clerk's office later on the date of this Motion.