FILED

UNITED STATES DISTRICT COURT

2005 FEB -9 A II: 27

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA | : No 3:03229(RNC) |
| vs. | |
| FAUSTINO FLEURY | : FEBRUARY 8, 2005 |

## MOTION FOR ENLARGEMENT OF TIME FOR JURY SELECTION

The Defendant, acting herein by his undersigned counsel, hereby moves the Court for an enlargement of time for jury selection. The date currently scheduled is March 8, 2005.

Counsel and the Government believe that a resolution of this matter, short of trial, can be arrived at within a few weeks. However, counsel was appointed rather recently and has only had one detailed conference with the Defendant. An interpreter is required as Defendant does not speak any English. Counsel has scheduled a meeting with the Defendant for February 11, 2005, but believes that an additional meeting will probably be necessary.

It is requested that the date for jury selection be continued until the week of April 12, 2005. The Government has no objection to the granting of this request. There have been earlier such Motions for Enlargement filed by predecessor counsel, and this is the third filed by the undersigned.

Counsel will discuss with the Defendant when he next sees him the need for a Speedy Trial Waiver, and it is anticipated that one will be executed and mailed to the Clerk's office within a matter of days of the date of this Motion.

DEFENDANT
FAUSTINO FLEURY

BY *[signature]*
C. Thomas Furniss
Fed Bar #ct00028

Furniss & Quinn PC
248 Hudson St.
Hartford CT 06106

(860) 527-2245

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 8th day of February, 2005 to:

Robert Gerard Golger
Quatrella & Rizio
One Post Rd., P.O. Box 320019
Fairfield, CT 06432

Emili Vaziri
160 Plainfield St.
Providence, RI 02909

H. Gordon Hall
U.S. Attorney's Office – NH
157 Church St., 23rd Floor
P.O. Box 1824
New Haven, CT 06510

_____
C. Thomas Furniss