03CV229 MOTION

113

FILED
2005 FEB -9 A 11: 27
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : No 3:03229(RNC)
3:03CR229(RNC)

vs.

FAUSTINO FLEURY : FEBRUARY 8, 2005

**MOTION FOR ENLARGEMENT OF TIME FOR JURY SELECTION**

The Defendant, acting herein by his undersigned counsel, hereby moves the Court for an enlargement of time for jury selection. The date currently scheduled is March 8, 2005.

Counsel and the Government believe that a resolution of this matter, short of trial, can be arrived at within a few weeks. However, counsel was appointed rather recently and has only had one detailed conference with the Defendant. An interpreter is required as Defendant does not speak any English. Counsel has scheduled a meeting with the Defendant for February 11, 2005, but believes that an additional meeting will probably be necessary.

It is requested that the date for jury selection be continued until the week of April 12, 2005. The Government has no objection to the granting of this request. There have been earlier such Motions for Enlargement filed by predecessor counsel, and this is the third filed by the undersigned.

Counsel will discuss with the Defendant when he next sees him the need for a Speedy Trial Waiver, and it is anticipated that one will be executed and mailed to the Clerk's office within a matter of days of the date of this Motion.

**February 10, 2005.** Granted upon filing of a speedy trial waiver. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, it is hereby ordered that the period from March 8, 2005 to April 12, 2005 be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). Jury selection is rescheduled to April 12, 2005 at 9:00 a.m. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED
2005 FEB 11 P 2: 10
U.S. DISTRICT COURT
HARTFORD, CT.