UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 FEB 17 A 11: 23
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:03229(RNC) |
| VS. | : | |
| FAUSTINO FLEURY | : | JANUARY 18, 2005 |

### SPEEDY TRIAL WAIVER

The Defendant hereby requests, in connection with his Motion for Enlargement of Time for Jury Selection dated January 14, 2005, that the Court exclude from the calculation of the time periods established by the Speedy Trial Act the period of February 7, 2005 through and including March 7, 2005.

DEFENDANT,

*Faustino Fleury*
FAUSTINO FLEURY

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 16th day of February, 2005 to:

Robert Gerard Golger
Quatrella & Rizio
One Post Rd., P.O. Box 320019
Fairfield, CT 06432

Emili Vaziri
160 Plainfield St.
Providence, RI 02909

H. Gordon Hall
U.S. Attorney's Office – NH
157 Church St., 23rd Floor
P.O. Box 1824
New Haven, CT 06510

C. Thomas Furniss