UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | No. 3:03CR229(RNC) |
| FAUSTINO FLEURY : | MARCH 11, 2005 |

## RENEWED
## MOTION TO CONTINUE CHANGE OF PLEA

The Defendant, acting herein by his undersigned counsel, hereby moves the Court to continue the date for the Change of Plea hearing in this matter for approximately three weeks beyond March 15, 2005 at 11:30 a.m. (Said date is currently scheduled for a change of plea before United States Magistrate Judge Donna F. Martinez.)

The reasons for this request are two-fold. First, in the last two weeks, the Government has made slight revisions to the proposed Plea Agreement which was first sent to predecessor counsel in early November of 2004. These changes – which are not major, and are believed to have been made to address and deal with some of the issues raised in the January 2005 Booker and Fan Fan cases – do not affect the proposed agreement as to Defendant's sentencing range under the now-advisory U. S. Sentencing Guidelines, but are new provisions which must be reviewed carefully with the Defendant, who is now incarcerated at Wyatt Detention Facility in Rhode Island.

Second, counsel is currently on vacation, returning to his office on Monday, March 15, 2005.

/32628/3/60348v1
07/26/04-SPT/

This is the first such continuance sought by the Defendant. The undersigned spoke with counsel for the Government on March 4, 2005, and the Government does not oppose this Motion.

This Motion is styled as "Renewed" because it was originally dated and mailed for filing on March 8, 2005, using the Docket No. "3:03CR229(SRU), which was taken from a court calendar scheduling the change of plea for March 15, which calendar was faxed from the U.S. Attorney's office to the undersigned on February 22, 2005. Counsel considered that the docket no. could have have been a mistake (unless the matter had been reassigned), so a duplicate original of the earlier Motion was sent to Hartford, and hopefully the Court has been apprised of its contents already.

DEFENDANT
FAUSTINO FLEURY


By: *C Thomas Furniss (nl)*
C. Thomas Furniss
Ct00028

Furniss & Quinn, P.C.
248 Hudson St.
Hartford CT 06106

(860) 527-2245
Fax: (860) 241-1032

e-mail: c.thomas.furniss@snet.net

2

/32628/3/60348v1
07/26/04-SPT/

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on this 11th day of March, 2005 by first class mail to each of the following:

Hon. Donna F. Martinez
United States Magistrate Judge
450 Main Street
Hartford CT 06103

M. Gordon Hall
Assistant United States Attorney
157 Church St.
New Haven CT 06510

Faustino Fleury
Donald W. Wyatt Detention Center
950 High St.
Central Falls, RI

_C. Thomas Furniss (ml)_
C. Thomas Furniss