UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 MAR -8  P 12: 43

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | No. 3:03CR229(SRU) |
| FAUSTINO FLEURY | : | MARCH 8, 2005 |

## MOTION TO CONTINUE CHANGE OF PLEA

The Defendant, acting herein by his undersigned counsel, hereby moves the Court to continue the date for the Change of Plea hearing in this matter for approximately three weeks beyond March 15, 2005 at 11:30 a.m. (Said date is currently scheduled for a change of plea before United States Magistrate Judge Donna F. Martinez.)

The reasons for this request are two-fold. First, in the last two weeks, the Government has made slight revisions to the proposed Plea Agreement which was first sent to predecessor counsel in early November of 2004. These changes – which are not major, and are believed to have been made to address and deal with some of the issues raised in the January 2005 Booker and Fan Fan cases – do not affect the proposed agreement as to Defendant's sentencing range under the now-advisory U. S. Sentencing Guidelines, but are new provisions which must be reviewed carefully with the Defendant, who is now incarcerated at Wyatt Detention Facility in Rhode Island.

Second, counsel is currently on vacation, returning to his office on Monday, March 15, 2005.

/32628/3/60348v1
07/26/04-SPT/

This is the first such continuance sought by the Defendant. The undersigned spoke with counsel for the Government on March 4, 2005, and the Government does not oppose this Motion.

DEFENDANT
FAUSTINO FLEURY

By: _____
C. Thomas Furniss
Ct00028

Furniss & Quinn, P.C.
248 Hudson St.
Hartford CT  06106

(860) 527-2245
Fax:  (860) 241-1032

e-mail: c.thomas.furniss@snet.net

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on this 8th day of March, 2005 by first class mail to each of the following:

Hon. Donna F. Martinez
United States Magistrate Judge
450 Main Street
Hartford CT 06103

M. Gordon Hall
Assistant United States Attorney
157 Church St.
New Haven CT 06510

Faustino Fleury
Donald W. Wyatt Detention Center
950 High St.
Central Falls, RI

_____
C. Thomas Furniss