UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAR 30  P 12: 58

US DISTRICT COURT
HARTFORD CT

UNITED STATES OF AMERICA            :

        v.                          :     CASE NO. 3:03CR229 (RNC)

FAUSTINO FLUERY                     :


## CONSENT FORM

The defendant, <u>Faustino Fluery</u>, having applied for permission to enter a plea of guilty, hereby consents to have a United States Magistrate Judge hear the application and to administer the allocution pursuant to F.R.Crim.P., Rule 11.


## CONSENTED TO:


<u>DEFENDANT</u>:                   _____    3/30/05
                                                          Date

<u>ATTORNEY FOR DEFENDANT</u>:     _____    3/30/05
                                                          Date

<u>UNITED STATES ATTORNEY</u>
<u>BY A.U.S.A.</u>:                _____    3/30/05
                                                          Date