(REF.7, (REV. 11/92)

UNITED STATES DISTRICT COURT 2005 MAR 30 P 12: 08

DISTRICT OF CONNECTICUT 'S DISTRICT COURT
HARTFORD CT

UNITED STATES OR AMERICA        :

        v.                              :        CASE NO. 3:03CR229 (RNC)

FAUSTINO FLUERY                 :

## FINDING AND RECOMMENDATION ON A PLEA OF GUILTY

Following referral of the captioned matter to me by Judge
Robert N. Chatigny, with the written consent of the defendant,
counsel for the defendant and counsel for the United States, and
following a hearing held in open court and on the record, on the
basis of the petition the defendant has signed in open court; the
certificate of defendant's counsel attached to that petition and
also signed in open court; the answers given by the defendant under
oath, on the record, and in the presence of counsel; and the
remarks of the Assistant United States Attorney, I

    (1)  FIND that the defendant is competent to plead, that
defendant knows his/her right to trial, that he/she knows what the
maximum possible sentence is, [and what the mandatory minimum
sentence or minimum period of supervised release is] [and that the
sentencing guidelines apply]; that there is a factual basis for the
defendant's plea, [that he/she has knowingly and intelligently
waived his/her right to proceed by indictment;] and that the plea
of guilty by this defendant has been knowingly and voluntarily made
and not coerced, and

(2)    RECOMMEND to Judge Chatigny that the defendant's plea of guilty be accepted.

It is so ordered.

ENTERED at Hartford, Connecticut, this 30th day of March, 2005.

_____
Donna F. Martinez
United States Magistrate Judge