UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
UNITED STATES OF AMERICA      :
                              :
         v.                   :   CASE NO.3:03CR229(RNC)
                              :
FAUSTINO FLUERY               :
```

ORDER ACCEPTING THE MAGISTRATE JUDGE'S FINDINGS

    1.  I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made and the recommendation that the defendant's plea of guilty should be accepted.  Accordingly, a finding of guilty will enter forthwith, and the case is referred to the United States Probation Office for the preparation of a Presentence Report.

    2.  The defendant will appear for sentencing on June 24, 2005 at 1:00 P.M. in Courtroom No. 3 of the Annex at the United States Courthouse, 450 Main Street, Hartford, Connecticut.

    3.  The Presentence Report will be disclosed to the defendant, counsel for defendant, and the Government by no later than May 17, 2005.  Counsel will then have five (5) days in which to communicate to the probation officer any objections they may have as to any material information, sentencing classifications, sentencing guideline range, and policy statements in the Report.  The second or final version of the Presentence Report must be disclosed to counsel and to the court by June 7, 2005.

    4.   The defendant will submit any memorandum in aid of sentencing by no later than <u>June 14, 2005</u>.  The Government will submit any response to the defendant's sentencing memorandum by no later than <u>June 21, 2005</u>.

    It is so ordered.

    ENTERED at Hartford, Connecticut, this _____ day of March 2005.

                                                 /s/RNC
                                     Robert N. Chatigny
                           United States District Judge