UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No. 3:03CR229(RNC) |
| FAUSTINO FLEURY | : | |

## MOTION FOR EXTENSION OF TIME

The United States Attorney, through H. Gordon Hall, Assistant United States Attorney, respectfully moves the Court to continue the date for sentencing in this case from the currently assigned date of July 15, 2005 and the date set for written submissions from the currently assigned date of July 6, 2005 for two weeks, so that submissions would be due on July 20, 2005 and sentencing would be on July 29, 2005. In support of the motion, the undersigned represents as follows:

1. On July 24, 2005, the defendant appeared before the Court for sentencing.

2. Following argument, the Court indicated it desired further information regarding the quantity of heroin properly attributable to the defendant for sentencing purposes, and set the referenced schedule.

3. The undersigned, who is Government counsel in this case, was not present at the proceedings on June 24, as he was on trial before the Honorable Janet C. Hall, U.S.D.J., in an unrelated criminal case. On the afternoon of June 27, the undersigned was advised by AUSA Slater, who was present at the proceedings on June 24, of the Court's concerns and the schedule. The undersigned then contacted counsel for one or more cooperating witnesses, who may be in a position to provide pertinent information at the sentencing hearing, and arranged pre-hearing interviews. The schedule for witness counsel will not permit interviews to take place before July 6, and follow-up

*[Margin annotation:] July 1, 2005. Granted. The sentencing is rescheduled to August 29, 2005 at 11:00 a.m. So Ordered. Robert N. Chatigny, U.S.D.J.*