UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 AUG 23  A 10: 21

DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| UNITED STATES OF AMERICA | : No 3:03229(RNC) |
| vs. | |
| FAUSTINO FLEURY | : AUGUST 22, 2005 |

## MOTION TO CONTINUE SENTENCING

The Defendant, acting herein by his undersigned counsel, hereby moves the Court to continue the date of his sentencing, which is currently scheduled for August 29, 2005 at 11:00.

The reason for this request is that the Court previously granted Defendant's Motion for Mental Capacity Evaluation by a particular physician, Dr. Vladimir Coric, of Yale University. Between some vacation time and professional commitmentts, including at least two which have recently taken him out of the State of Connecticut, Dr. Coric has been unusually busy lately. The undersigned believes that Dr. Coric will be able to see Mr. Fleury - who has been moved to the New Haven Community Correctional Center - on either September 7 or September 8 for an initial interview, along with an interpreter and the undersigned, both of whom are available at those times. It is believed that one or two follow-up visits will be necessary and it is hoped that those visits and a written evaluation can be produced within one or two weeks of September 7 or September 8.

Accordingly, it is requested that the sentencing be continued until some time during the week of September 26, 2005. This has been discussed with the Assistant United States Attorney - Patrick Caruso - who is covering for H. Gordon Hall while the latter is on vacation, and it would appear that Mr. Hall should be available some time during that week.

Counsel will communicate with the Defendant about the need for a Speedy Trial Waiver, and and will send him one, with an explanation in Spanish, on the date of this Motion or on the day following.

DEFENDANT
FAUSTINO FLEURY

BY *[signature]*
C. Thomas Furniss
Fed Bar #ct00028

Furniss & Quinn PC
248 Hudson St.
Hartford CT 06106

(860) 527-2245

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 22nd day of August, 2005 to:

Robert Gerard Golger
Quatrella & Rizio
One Post Rd., P.O. Box 320019
Fairfield, CT 06432

Emili Vaziri
160 Plainfield St.
Providence, RI 02909

H. Gordon Hall
U.S. Attorney's Office – NH
157 Church St., 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Dennis Linder
United States Probation Office
915 Lafayette Blvd
Bridgeport CT 06604

Patrick Caruso
U.S. Attorney's Office – NH
157 Church St., 23rd Floor
P.O. Box 1824
New Haven, CT 06510

C. Thomas Furniss