UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : No 3:03CR229(RNC) |
| vs. | |
| FAUSTINO FLEURY | : OCTOBER 1, 2005 |

## MOTION TO CONTINUE SENTENCING

The Defendant, acting herein by his undersigned counsel, hereby moves the Court to continue the date of his sentencing, which is currently scheduled for October 7, 2005 at 9:30 a.m.

The reason for this request is that the Court previously granted Defendant's Motion for Mental Capacity Evaluation by a particular physician, Dr. Vladimir Coric, of Yale University, which was dated June 30, 2005; and Defendant's Supplement to that Motion, being dated September 15, 2005, which Supplement requested authorization to have the Defendant be tested for IQ and related issues by a Spanish-speaking psychologist. Dr. Coric and the undersigned, along with an interpreter, visited with Mr. Fleury on September 28, 2005 for the third and final time needed by Dr. Coric; but the earliest appointment that could be arranged for the testing by Dr. Rafael Gallegos was October 5, 2005 at 2:00 p.m. and it will take one to two weeks following the receipt by Dr. Coric of the results of the testing for him to complete his report to counsel.

Accordingly, it is requested that the sentencing be continued until approximately two to three weeks beyond October 7, 2005. This has been discussed with the Assistant United States Attorney H. Gordon Hall and he reported that the Government has no objection.

Counsel will communicate with the Defendant about the need for a Speedy Trial Waiver, and and will send him one, with an explanation in Spanish, on the date of this Motion or on the next business day following that.

DEFENDANT
FAUSTINO FLEURY

BY _____
C. Thomas Furniss
Fed Bar #ct00028

Furniss & Quinn PC
248 Hudson St.
Hartford CT 06106

(860) 527-2245

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this / s/ day of October, 2005 to:

Robert Gerard Golger
Quatrella & Rizio
One Post Rd., P.O. Box 320019
Fairfield, CT 06432

Emili Vaziri
160 Plainfield St.
Providence, RI 02909

H. Gordon Hall
U.S. Attorney's Office – NH
157 Church St., 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Dennis Linder
United States Probation Office
915 Lafayette Blvd
Bridgeport CT 06604

_____
C. Thomas Furniss