UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : No 3:03CR229(RNC) |
| vs. | |
| FAUSTINO FLEURY | : OCTOBER 1, 2005 |

### MOTION TO CONTINUE SENTENCING

The Defendant, acting herein by his undersigned counsel, hereby moves the Court to continue the date of his sentencing, which is currently scheduled for October 7, 2005 at 9:30 a.m.

The reason for this request is that the Court previously granted Defendant's Motion for Mental Capacity Evaluation by a particular physician, Dr. Vladimir Coric, of Yale University, which was dated June 30, 2005; and Defendant's Supplement to that Motion, being dated September 15, 2005, which Supplement requested authorization to have the Defendant be tested for IQ and related issues by a Spanish-speaking psychologist. Dr. Coric and the undersigned, along with an interpreter, visited with Mr. Fleury on September 28, 2005 for the third and final time needed by Dr. Coric; but the earliest appointment that could be arranged for the testing by Dr. Rafael Gallegos was October 5, 2005 at 2:00 p.m. and it will take one to

---

October 4, 2005.   USA v. Faustino Fleury
                    3:03CR229 (RNC)

RE:  Motion to Continue Sentencing [Doc. # 150]

Granted.  The sentencing is continued to October 24, 2005 at 11:00 a.m.  So ordered.

Robert N. Chatigny, U.S.D.J.