UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No. 3:03CR198(RNC) |
| FAUSTINO FLEURY | : | |

MOTION FOR EXTENSION OF TIME

The United States Attorney, through H. Gordon Hall, Assistant United States Attorney, respectfully moves the Court to continue the date for sentencing in this case from the currently assigned date of October 24, 2005 to the week of November 7, 2005. In support of the motion, the undersigned represents as follows:

1. The defendant is scheduled for sentencing in this case on October 24, 2005.

2. The Court had continued a previously scheduled sentencing to that date so defense counsel could obtain an examination of the defendant, which the Government understands has been completed.

3. Defense counsel has advised that he has not yet received the report of the examination or the conclusions of his psychiatric expert, and neither has the Government. The Government makes the instant motion at the request of defense counsel, to afford him time to obtain and review the examination materials and, presumably, to afford the Government an opportunity to do the same, before sentencing.

WHEREFORE, the Government respectfully requests that the Court grant this motion.

>                                Respectfully Submitted,
>
>                                KEVIN J. O'CONNOR
>                                UNITED STATES ATTORNEY
>
>                                /s/ H. Gordon Hall
>
>                                H. GORDON HALL
>                                ASSISTANT U.S. ATTORNEY
>                                Federal Bar No.ct05153
>                                157 CHURCH STREET
>                                NEW HAVEN, CONNECTICUT 06510
>                                (203) 821-3700

SO ORDERED:

_____
ROBERT N. CHATIGNY
CHIEF UNITED STATES DISTRICT JUDGE

Dated at Hartford, Connecticut,
this ____ day of October, 2005.

## CERTIFICATION

This is to certify that a copy of the foregoing Government's Motion to Continue Sentencing was sent this 19th day of October, 2005, via first class mail, postage pre-paid to

Thomas Furniss, Esq.
Furniss & Quinn
248 Hudson Street
Hartford, CT 06106

_____
H. GORDON HALL
ASSISTANT U.S. ATTORNEY