UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 NOV -7 P 3: 01
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No. 3:03CR229(RNC) |
| FAUSTINO FLEURY | : | |

## MOTION FOR EXTENSION OF TIME

The United States Attorney, through H. Gordon Hall, Assistant United States Attorney, respectfully moves the Court to continue the date for sentencing in this case from the currently assigned date of November 7, 2005. In support of the motion, the undersigned represents as follows:

1. The defendant is scheduled for sentencing in this case on November 7, 2005.

2. The Court had continued a previously scheduled sentencing so defense counsel could obtain an examination of the defendant, which has been completed. The report of the examination was received by the undersigned on November 1.

3. Defense counsel has filed a supplemental memorandum in aid of sentencing, received on November 3, in which he relates the findings reflected in the report to issues in the defendant's sentencing. Government counsel has reviewed the memorandum and the report, and has discussed both with defense counsel. Notwithstanding these discussions, there appear to be significant outstanding issues between the parties which both parties prefer to resolve amicably.

4. More importantly, between the date on which the defendant's plea was entered and today, the law of the Second Circuit appears to have changed in a manner which may have a significant impact on the viability of the defendant's plea. At the time of the plea, it was settled law in the Second Circuit that the identity and quantity of controlled substances involved in a drug offense are not elements of the offense. See United States v. King, 345 F.3d 149, 152-53 (2d Cir. 2003). This

*[Margin annotation, left side:]* December 6, 2005. Granted. Sentencing is hereby rescheduled to January 4, 2006 at 9:30 a.m. So ordered. Robert N. Chatigny, U.S.D.J.

*[Stamp:]* FILED 2005 DEC -6 P [...] U.S. DISTRICT COURT